In the Matter of the Application of JOSEPH F. DEMPSEY and LULU E. GRAY HORAN, for an Order, Appellants, against RUSSELL PAGE KOEHLER, Chairman, FREDERICK W. TUCK, JR., and Others, Constituting the Board of Appeals of the Town of Islip, Pursuant to Article 78 of the Civil Practice Act, Respondents, and BENJAMIN W. HAWKES, Intervenor, Respondent.— In view of the determination in *Matter of Dempsey* v. *Koehler* (*ante*, p. 825), decided herewith, appeal from so much of an order as denies appellants' motion to compel the respondent board to correct its return, etc., dismissed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.